IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE EDWARD HARRIS,

      Petitioner,                     No. CIV S-10-1015 MCE EFB P

    vs.

HIGH DESERT STATE PRISON,
et al.,

      Respondents.                  <u>ORDER</u>

_____/

    On September 14, 2010, findings and recommendations were issued recommending that this action be dismissed because petitioner had not exhausted his state judicial remedies. On October 27, 2010, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. On November 3, 2010 and November 15, 2010, petitioner filed letters with the court stating that he disagrees with the court's dismissal and asking for legal advice. Petitioner's letters are not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure. The court will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

Dated: December 6, 2010.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE